IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| ABIGAIL STRATTON,<br><br>    Plaintiff,<br><br>v.<br><br>MERCK & CO., INC. and MERCK SHARP & DOHME CORP.,<br><br>    Defendants. | Case No. 2:21-cv-02211-RMG<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that Plaintiff hereby dismisses all claims and dismisses this action with prejudice, in exchange for Defendants' waiving any claim for costs or fees. Therefore, this matter shall be dismissed with prejudice, with each party to bear her or its own costs and attorney fees in this action.

DATED: **June 17, 2022**.

*/s/ Robert H. Hood, Jr.*
Robert H. Hood, Jr. (6998)
HOOD LAW FIRM LLC
172 Meeting Street
Charleston, SC 29401
Telephone: (843) 577-4435
Fax: (843) 722-1630
Email: bobbyjr.hood@hoodlaw.com

Dino S. Sangiamo (*pro hac vice*)
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: (410) 244-7679
Fax: (410) 244-7742
Email: dssangiamo@venable.com

*Counsel for Merck & Co., Inc. and Merck Sharp & Dohme Corp.*

*/s/ Misty Black O'Neal*
Misty Black O'Neal (Fed. I.D.#12262)
Elizabeth Middleton Burke (Fed. I.D. #7466)
ROGERS PATRICK WESTBROOK & BRICKMAN LLC
1037 Chuck Dawley Blvd., Bldg. A
Mount Pleasant, SC 29464
Ph: (843) 727-6500 / Fax: (843) 216-6509
Email: moneal@rpwb.com
Email: bburke@rpwb.com

Bijan Esfandiari (*pro hac vice*)
Harrison E. James (*pro hac vice*)
BAUM, HEDLUND, ARISTEI, & GOLDMAN, PC
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Ph: (310) 207-3233 / Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com
Email: hjames@baumhedlundlaw.com

*Counsel for Plaintiff*